

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00556-CV

Jesse **RODRIGUEZ**,
Appellant

v.

**HOUSING AUTHORITY OF THE CITY OF SAN ANTONIO**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2024CV05404
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because the appellant qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED February 12, 2025.

_____
Velia J. Meza, Justice